UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES JACKSON                                    CIVIL ACTION

VERSUS                                             NO: 12-2154

KATHRYN RAE TOWING, INC.                           SECTION: J

## ORDER

Considering the foregoing joint *Motion to Dismiss* **(Rec. Doc. 22)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that because the parties have settled, all claims asserted in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**, each party to pay its own costs.

New Orleans, Louisiana, this 20th day of November, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE